# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

**In re:**                                                              **Case No.** 10–42788–JJR13

Dorothy Ann Ball                                                        **Chapter** 13

**SSN:** xxx–xx–9699

      **Debtor(s)**

## NOTICE OF FILING OF CLAIM BY DEBTOR OR TRUSTEE

To:

    **Southeastern Auto Brokers**
    **521 Clubview Drive**
    **Gadsden AL 35905**

    Notice is hereby given that pursuant to Section 501(c) of the Bankruptcy Code and Bankruptcy Rule 3004, the Debtor or Trustee has filed a proof of claim in your behalf in the amount of **$2,500.00.**

    You are further notified that you may file your own proof of claim for the proper amount and showing proper perfection of a security interest, if any.

Dated:  February 23, 2011                          By:

                                        Scott W. Ford, Clerk
                                        United States Bankruptcy Court

dfl